[Nos. 33812-6-III; 33836-3-III;   Division Three.   June 20, 2017.]
33804-5-III; 33805-3-III.

THE STATE OF WASHINGTON, *Respondent*, v. TAYLOR ROSS LANDRUM, *Appellant*.

*In the Matter of the Personal Restraint of* TAYLOR ROSS LANDRUM, *Petitioner*.

Appeals from a judgment of the Superior Court for Benton County, No. 08-1-01051-5, Cameron Mitchell, J., entered September 18, 2015, together with a petition for relief from personal restraint. Judgment *remanded with instructions* and petition *dismissed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33998-0-III.   Division Three.   June 20, 2017.]

*In the Matter of the Personal Restraint of* ALLEN ROBERT TREVINO, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 34362-6-III.   Division Three.   June 20, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM MURRY PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01224-9, Salvatore F. Cozza, J., entered March 24, 2016. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.